# United States Court of Appeals
## For the First Circuit

Nos. 11-1775
11-1782

UNITED STATES OF AMERICA,

Appellee,

v.

JASON WAYNE PLEAU,

Defendant, Appellant.

LINCOLN D. CHAFEE, in his capacity as
Governor of the State of Rhode Island,

Intervenor.

IN RE: JASON WAYNE PLEAU,

Petitioner.

LINCOLN D. CHAFEE, in his capacity as
Governor of the State of Rhode Island,

Intervenor.

**ERRATA SHEET**

The en banc opinion of this Court issued on May 7, 2012, is amended as follows:

On page 21, line 1: Replace "n.3" with "n.8"